**FILED**

July 10, 2007

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

-UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )
                             )
v.                           )
                             )
MANUEL SAMORA CADENA,        )
                             )
            Defendant.       )

Case No. MAG. 07-0207-KJM

ORDER FOR RELEASE OF
PERSON IN CUSTODY

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release MANUEL SAMORA CADENA, Case No.

MAG. 07-0207-KJM  from custody subject to the conditions contained in the attached "Notice to

Defendant Being Released" and for the following reasons:

___    Release on Personal Recognizance

_X__    Bail Posted in the Sum of $100,000.00.

        ___    Unsecured Appearance Bond

        ___    Appearance Bond with 10% Deposit

        _X_    Appearance Bond with Surety

        _X_    (Other) Conditions as stated on the record.

        _X_    (Other) Bond paperwork to be filed with the Court by August 6, 2007.

This release order is not effective until the date defendant has signed and understands the attached

"Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  July 10, 2007  at 2:25 pm.

                                    By _____

                                       Edmund F. Brennan
                                       United States Magistrate Judge